848 F.2d 232
 270 U.S.App.D.C. 175
 INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL-CIO
v.
TRANS WORLD AIRLINES, INC., Appellant.
 Nos. 87-5092, 87-5093 and 87-5176.
 United States Court of Appeals,
District of Columbia Circuit.
 June 1, 1988.
 
 Before RUTH BADER GINSBURG, WILLIAMS and SENTELLE, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 It is ORDERED, by the Court, sua sponte, that the Opinion for the Court filed by Circuit Judge Sentelle on February 19, 1988 (839 F.2d 809) be, and hereby is, amended as follows:
 
 
 2
 Page 811, second column, line 9, delete the sentence beginning "The" and ending "representation." in its entirety and insert in lieu thereof:
 
 
 3
 "The total number of eligible voters was 4,330 so that 51.96% voted in favor of representation."